# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HARRY PARENT,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | Case No. 3:24-cv-00109-ART-CSD<br><br>**ORDER TO SUBSTITUTE**<br><br>Re: ECF No. 20 |

Before the court is Plaintiff's Suggestion of Death and Motion for Substitution of Party. (ECF No. 20.) To date, no response has been filed by Defendant.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Substitution of Party (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that Estate Fiduciary Services, by and through Donnalyn Vanorman-Wasano, as Special Administrator of the Estate of Harry Parent, is substituted in place of Harry Parent as Plaintiff in this case.

DATED: February 10, 2025.

_____
Craig S. Denney
United States Magistrate Judge